UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 22, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE PEDRO NAVA,

    Defendant.

Case No. 2:24-mj-00008-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSE PEDRO NAVA, Case No. 2:24-mj-00008-DB, Charge 21 U.S.C. § 846, 841(a)(1), from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 50,000.00.

        _X_ Unsecured Appearance Bond $ 50,000.00.

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_\_ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

        \_\_\_\_\_ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

_X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 22, 2024 at 2:15 p.m.

By: _/s/ Jeremy Peterson_
Magistrate Judge Jeremy D. Peterson