THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for Emmanuel Nava

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EMMANUEL NAVA and JOSE PEDRO NAVA,<br><br>　　　　Defendants. | Case No.: 2:24-cr-00054-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date: May 23, 2024<br>Time: 9:00am<br>Judge: Hon Judge Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for status on May 23, 2024.

2. By this stipulation, the defendants now move to continue the status conference until August 15, 2024, at 9:00 a.m., and to exclude time between May 23, 2024, and August 15, 2024 under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendants desire additional time to review the discovery, counsel with their clients, conduct investigation and research related to the criminal charges, and otherwise prepare for trial.

STIPULATION AND ORDER                                           - 1 -

b) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2024 to August 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: May 17, 2024                    PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ Cameron Desmond
                                       CAMERON DESMOND
                                       Assistant U.S. Attorney

| | |
|---|---|
| DATED:  May 17, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Emily Sauvageau<br>EMILY SAUVAGEAU<br>Assistant U.S. Attorney |
| DATE:  May 17, 2024 | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Emmanuel Nava |
| DATE:  May 17, 2024 | /s/ Neat Allen Sawyer<br>NEAT ALLEN SAWYER<br>Attorney for Jose Pedro Nava |

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of May 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE