PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
CAMERON DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-54-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE PEDRO NAVA and EMMANUEL NAVA, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status conference/possible Change of Plea on October 9, 2024, before the Honorable Daniel J. Calabretta. ECF No. 39.

2. On October 8, 2024, this matter was reassigned to the Honorable Dena Coggins for all further proceedings. ECF No. 40.

3. By this stipulation, defendants now move to continue the status conference until November 15, 2024, and to exclude time between October 9, 2024, and November 15, 2024, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes reports, audio and video recordings, and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for defendants desire additional time to review the discovery, conduct any additional investigation, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 9, 2024 to November 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\

\\\

\\\

\\\

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Emily G. Sauvageau*
EMILY G. SAUVAGEAU
Assistant United States Attorney

Dated:  October 9, 2024

/s/ *Neat Allen Sawyer*
Neat Allen Sawyer
Counsel for Defendant
JOSE PEDRO NAVA

Dated:  October 9, 2024

/s/ *Greg Davenport*
Greg Davenport
Counsel for Defendant
JOSE PEDRO NAVA

Dated:  October 9, 2024

/s/ *Thomas A. Johnson*
Thomas A. Johnson
Counsel for Defendant
EMMANUEL NAVA

IT IS SO ORDERED.

Dated:   **October 10, 2024**

Dena Coggins
United States District Judge