MICHELE BECKWITH
Acting United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0054-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE PEDRO NAVA, | DATE: January 24, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Dena Coggins |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 24, 2025.

2. By this stipulation, defendant now moves to continue the status conference until April 4, 2025, and to exclude time between January 24, 2025, and April 4, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes reports, audio and video recordings, and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review discovery, conduct additional investigation, meet and confer with the government, and otherwise prepare for trial.

1

    c)  The parties have met and conferred regarding potential case resolution, and those conversations are ongoing.

    d)  Both parties are conducting additional investigation and need additional time to complete the investigation before resolving the case or setting a trial date.

    e)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)  The government joins in this request.

    g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 24, 2025 to April 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  January 17, 2025         MICHELE BECKWITH
                      Acting United States Attorney

                      /s/ EMILY G. SAUVAGEAU
                      EMILY G. SAUVAGEAU
                      Assistant United States Attorney

Dated: January 17, 2025

/s/ ALLEN SAWYER
ALLEN SAWYER
GREG DAVENPORT
Counsel for Defendant
JOSE PEDRO NAVA

**ORDER**

Good cause appearing, the parties stipulated request to continue is GRANTED. Accordingly, the status conference set for January 24, 2025, is VACATED and RESET for April 4, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period of January 24, 2025 to April 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **January 17, 2025**

Dena Coggins
United States District Judge

3