ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PEDRO NAVA,<br><br>Defendant. | CASE NO. 2:24-CR-00054-DC<br><br>STIPULATION TO SET JUDGMENT AND SENTENCING; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: November 7, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of sentencing on November 7, 2025.

2. By this stipulation, the parties now move to vacate the status and set this matter for sentencing on April 24, 2026. The parties also request that the Court adopt the following PSR schedule:

//
//
//
//
//
//

STIPULATION TO SET SENTENCING 1

| | |
|---|---|
| Judgment and Sentencing Date: | April 24, 2026 |
| Reply, or Statement of Non-Opposition: | April 17, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 10, 2026 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 03, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 27, 2026 |
| The draft Presentence Report shall be disclosed to counsel no later than: | March 13, 2026 |

IT IS SO STIPULATED.

Dated:  November 5, 2025                    ERIC GRANT
                                            United States Attorney


                                            /s/ CAMERON L. DESMOND
                                            CAMERON L. DESMOND
                                            Assistant United States Attorney


Dated:  November 5, 2025                    /s/ Neat Allen Sawyer
                                            Neat Allen Sawyer
                                            Counsel for Defendant
                                            JOSE PEDRO NAVA

STIPULATION TO SET SENTENCING

2

**ORDER**

The court, having received, read and considered the parties' stipulation filed on November 5, 2025, and good cause appearing therefrom, GRANTS the parties' request to vacate the status conference, schedule a sentencing hearing and a set a briefing schedule for the Presentence Investigation Report. Accordingly, the Status Conference set for November 7, 2025, is VACATED and a Sentencing Hearing is SET for April 24, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that this case is REFERRED to Probation for preparation of a Presentence Investigation Report. The draft Report shall be disclosed to counsel no later than March 13, 2026. The parties' informal objections shall be delivered to the Probation Officer no later than March 27, 2026. The final Report shall be submitted no later than April 3, 2026. Formal Objections or any Motion for Correction shall be submitted no later than April 10, 2026. Any Reply, or Statement of Non-Opposition shall be submitted no later than April 17, 2026.

IT IS SO ORDERED.

Dated:   **November 6, 2025**

_____
Dena Coggins
United States District Judge