N. ALLEN SAWYER SBN 173565
THE LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

Counsel for Jose Pedro Nava

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.: **2:24-cr-00054-DC** |
| | ) |
| **Plaintiff,** | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER CONTINUING DEFENDANT** |
| **v.** | ) **JOSE PEDRO NAVA'S SENTENCING** |
| | ) **HEARING** |
| **JOSE PEDRO NAVA,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

Defendant Jose Pedro Nava, by and through his counsel of record, N. Allen Sawyer, and the United States of America, by and through Assistant United States Attorney Cameron Desmond, hereby stipulate and respectfully request that the Court continue the sentencing hearing currently scheduled in this matter. In support of this request, the parties state as follows:

1. Mr. Nava is presently scheduled for sentencing on April 24, 2026, in Courtroom 10 of the United States District Court for the Eastern District of California, Sacramento Division.

2. The parties stipulate and agree that the sentencing hearing should be continued to August 7, 2026, at 9:30 a.m., or as soon thereafter as the matter may be heard.

- 1 -

3. Good cause exists for the requested continuance. Additional time is necessary for the parties to adequately address the sentencing factors, including preparation and review of materials relevant to sentencing.

4. The requested continuance is sought in the interests of justice, will promote the orderly resolution of the sentencing proceedings, and will not prejudice either party.

Accordingly, the parties respectfully request that the Court vacate the currently scheduled sentencing date and reset the matter for sentencing on August 7, 2026 at 9:30 a.m., or as soon thereafter as is convenient to the Court.

**IT IS SO STIPULATED.**

Dated: ___04/09/2026___          /s/ N. Allen Sawyer
_____
**N. ALLEN SAWYER**
Attorney for Michael Cohen

Dated: ___~~04/09/2026~~___          /s/ Cameron Desmond
_____
**CAMERON DESMOND**
Assistant United States Attorney

- 2 -

STIPULATION AND ORDER CONTINUING DEFENDANT'S SENTENCING HEARING      2:24-cr-00054-DJC-1

## ORDER

IT IS HEREBY ORDERED as to Jose Pedro Nava, the court, having received, read and considered the parties' stipulation filed on April 9, 2026 (Doc. No. 92), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing.  Accordingly, the Sentencing Hearing scheduled for April 24, 2026, is VACATED and RESET for August 7, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that any briefing the parties want the court to consider shall be submitted no later than July 31, 2026, by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **April 10, 2026**

_____
Dena Coggins
United States District Judge

- 3 -
STIPULATION AND ORDER CONTINUING DEFENDANT'S SENTENCING HEARING          2:24-cr-00054-DJC-1