UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE PEDRO NAVA, et al.,<br>Defendants. | No. 2:24-cr-00054-DC<br><br><u>ORDER RELATING AND REASSIGNING CASE</u> |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SAMUEL BERNADINO,<br>Defendant. | No. 2:26-cr-00091-DJC-1<br>**New Case No. 2:26-cr-00091-DC-1** |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123. Here, judicial economy is best served if the new action is reassigned to the court assigned to the earlier criminal action because these cases involve the same parties and/or witnesses, are based on the same or similar facts, and reassignment to the same district judge would avoid substantial duplication of labor by the court. Specifically, both cases include the same criminal charges of conspiracy to distribute and possess with intent to distribute cocaine and four counts of distribution of cocaine.

Relating the cases under Local Rule 123, however, merely has the result that the actions are assigned to the same judge, it does not consolidate the actions.

The court hereby orders that the recently filed action, Case No. 2:26-cr-00091-DJC-1, is reassigned to District Judge Dena M. Coggins, and the caption shall read 2:26-cr-00091-DC-1. In light of this reassignment, the status conference in 2:26-cr-00091-DJC-1 set for July 30, 2026 at 9:00AM in Courtroom 7 before Chief District Judge Daniel J. Calabretta is VACATED, to be reset by the court and held in Courtroom 10 before District Judge Dena M. Coggins.

IT IS SO ORDERED.

Dated: **July 29, 2026**

Dena Coggins
United States District Judge