N. ALLEN SAWYER SBN 173565
THE LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

GREGORY R. DAVENPORT, ESQ. (#154403)
LAW OFFICES OF GREGORY R. DAVENPORT
3439 Brookside Road, Suite 205
Stockton, CA 95219-6510
Phone: (209) 955-1999
Fax: (209) 475-4951

Attorneys for Jose Pedro Nava

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**JOSE PEDRO NAVA,**<br>**Defendant.** | Case No.: **2:24-cr-00054-DC**<br><br>**MOTION AND [~~PROPOSED~~] ORDER EXTENDING SURRENDER DATE** |

Defendant Jose Pedro Nava, through counsel, respectfully moves to extend his surrender date from October 9, 2026, at 9:00 a.m. to November 16, 2026, at 9:00 a.m. Good cause exists for the requested extension because Mr. Nava requires additional time to complete the transfer of the licensing, managerial, corporate, and financial authority necessary to maintain the continued operation of his business during his incarceration.

Mr. Nava operates a barber shop pursuant to a commercial lease with approximately five years remaining on its term. Thirteen independent barbers presently conduct business from the

establishment. Mr. Nava is responsible for substantial aspects of the shop's operation and administration, including establishment licensing, management and oversight, the commercial lease and utilities, corporate affairs, and the business's banking and financial accounts.

Before surrendering, Mr. Nava must transfer these responsibilities to his fiancée and other individuals who will assume responsibility for the business during his incarceration. This transition requires more than the delegation of day-to-day tasks. Appropriate individuals must be provided with the legal and practical authority necessary to manage the establishment, address corporate matters, maintain required licensing, administer the business's financial obligations, and access and manage its banking and financial accounts.

Several of these transfers require documentation, processing, and approval by third parties. The establishment's licensing must be appropriately addressed so that the business can continue to operate in compliance with applicable requirements. Corporate management and oversight must be formally transitioned to individuals capable of acting on behalf of the business. Likewise, the necessary banking authorizations must be established with the business's financial institutions so that designated individuals can access accounts, pay expenses, receive and manage business funds, and satisfy the shop's continuing financial obligations.

These arrangements are particularly significant given the scope of the ongoing business. The establishment provides the location from which thirteen independent barbers conduct their businesses and remains subject to approximately five additional years of obligations under its commercial lease. The shop also has continuing obligations for utilities, licensing, banking, and other operating expenses. An incomplete transition before Mr. Nava's surrender could leave those responsible for the business without the authority necessary to address essential operational and financial matters, creating a substantial risk of interruption to the business and resulting financial hardship.

Mr. Nava is actively undertaking the necessary steps to transfer these responsibilities. However, completing the required licensing, corporate, managerial, and financial arrangements involves multiple third parties and cannot reasonably be accomplished by the presently scheduled surrender date. A limited extension to November 16, 2026, at 9:00 a.m., would provide sufficient additional time to complete those arrangements and place the individuals assuming responsibility for the business in a position to manage its affairs during Mr. Nava's incarceration.

The requested extension is limited in duration and is not sought for purposes of delay or personal convenience. It is requested to permit completion of specific and necessary business arrangements so that existing contractual and financial obligations can continue to be satisfied, the establishment can remain properly licensed and managed, and unnecessary financial hardship can be avoided.

Accordingly, Mr. Nava respectfully requests that the Court find good cause and extend his surrender date to November 16, 2026, at 9:00 a.m., with all existing conditions of release remaining in full force and effect.

The Government does not oppose to this request.

Dated: 08/18/2026

/s/ N. Allen Sawyer

**N. ALLEN SAWYER**
Attorney for Jose Pedro Nava

**[PROPOSED ORDER]**

Based upon Defendant Jose Pedro Nava's request, and good cause appearing, IT IS HEREBY ORDERED that Defendant Jose Pedro Nava's surrender date is continued from October 9, 2026, at 9:00 a.m. to November 16, 2026, at 9:00 a.m.

All conditions of release shall remain in full force and effect.

**IT IS SO ORDERED**

Date: 8/28/26

HONORABLE DENA M. COGGINS