N. ALLEN SAWYER SBN 173565
THE LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

GREGORY R. DAVENPORT, ESQ. (#154403)
LAW OFFICES OF GREGORY R. DAVENPORT
3439 Brookside Road, Suite 205
Stockton, CA 95219-6510
Phone: (209) 955-1999
Fax: (209) 475-4951

Attorneys for Jose Pedro Nava

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOSE PEDRO NAVA,**<br><br>**Defendant.** | Case No.: **2:24-cr-00054-DC**<br><br>**MOTION AND ORDER EXTENDING SURRENDER DATE** |

Defendant Jose Pedro Nava, through counsel, respectfully moves to extend his surrender date from November 16, 2026, at 9:00 a.m., to January 4, 2027, at 9:00 a.m. Good cause exists because Mr. Nava requires additional time to complete the transition of his business responsibilities before beginning his custodial sentence. Assistant United States Attorney Cameron Desmond does not object to the requested extension.

Mr. Nava operates Stay Sharp Barber Shop, where multiple independent barbers conduct business. In preparation for his incarceration, he has completed several steps toward transitioning his business responsibilities to others. New corporate officers have been appointed and added as

authorized signers on business accounts. The establishment and city business licenses have been renewed and updated, and the business's bookkeeping has been brought current with the assistance of a bookkeeper.

Although these steps have been completed, additional arrangements remain necessary. These include formally appointing a shop manager, completing individual barber agreements, and addressing remaining tax compliance and operational matters. Mr. Nava is also winding up other business affairs and arranging for others to assume his ongoing responsibilities during his incarceration.

The requested extension would provide additional time to complete these remaining arrangements. An incomplete transition could disrupt the shop's operations, affect the independent barbers who conduct business there, and impair the business's ability to meet its continuing obligations.

Accordingly, Mr. Nava respectfully requests that the Court find good cause to extend his surrender date to January 4, 2027, at 9:00 a.m., with all existing conditions of release remaining in full force and effect.

Respectfully submitted,

**LAW OFFICE OF ALLEN SAWYER PC**

Dated: 11/06/2026

/s/ N. Allen Sawyer

**N. ALLEN SAWYER**
Attorney for Jose Pedro Nava

# DECLARATION OF N. ALLEN SAWYER

I, N. Allen Sawyer, declare:

1. I am an attorney licensed to practice law in California and counsel of record for Defendant Jose Pedro Nava. Mr. Nava's surrender date is presently November 16, 2026, at 9:00 a.m. He requests an extension to January 4, 2027, at 9:00 a.m., to complete the transition of his business responsibilities before beginning his custodial sentence.
2. The facts concerning Mr. Nava's business and the status of its transition, stated in paragraphs 3 through 6 below, are based on information provided by Mr. Nava and are stated on information and belief.
3. Mr. Nava operates Stay Sharp Barber Shop, where multiple independent barbers conduct business. His responsibilities include the establishment's licensing, management, commercial lease, corporate affairs, and banking and financial obligations. He is arranging for others to assume these responsibilities during his incarceration.
4. Mr. Nava has appointed new corporate officers and added them as authorized signers on the business's accounts. He has renewed and updated the establishment license with the California Board of Barbering and Cosmetology and the business license with the City of Lodi. With the assistance of a bookkeeper, he has also brought the business's bookkeeping current.
5. Additional transition work remains necessary, including formally appointing a shop manager, completing individual barber agreements, addressing tax filings and related compliance matters, and reassigning remaining business accounts and supplier agreements as appropriate. Mr. Nava also needs to complete operating procedures and other arrangements necessary for others to manage the business during his incarceration.
6. Additional time is needed to complete these remaining arrangements. An incomplete transition could disrupt the shop's operations, affect the independent barbers who conduct business there, and impair the business's ability to meet its continuing obligations. The

requested extension to January 4, 2027, would provide additional time to complete this work.

7. I have conferred with Assistant United States Attorney Cameron Desmond regarding the requested extension. Mr. Desmond has indicated that the Government does not object to continuing Mr. Nava's surrender date to January 4, 2027.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11/06/2026, at Stockton, California.

/s/ N. Allen Sawyer

N. ALLEN SAWYER

**ORDER**

IT IS HEREBY ORDERED, as to Jose Pedo Nava, the court, having received, read and considered the Defendant's Unopposed Motion to Extend his self-surrender date and the supporting Declaration of N. Allen Sawyer filed on November 6, 2026 (Doc. No. 127), and good cause appearing, GRANTS the Motion. Accordingly, Defendant Jose Pedro Nava's self-surrender date set for November 16, 2026 is VACATED and RESET for January 4, 2027, at 9:00 a.m. All existing conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 10, 2026**

Dena Coggins
United States District Judge